The BABCOCK & WILCOX COMPA-
NY and B & W Nuclear Envi-
ronmental Services, Inc.

v.

AMERICAN NUCLEAR INSURERS
and Mutual Atomic Energy Liability
Underwriters and Other Interested
Party: Atlantic Richfield Company.

American Nuclear Insurers and Mutual
Atomic Energy Liability
Underwriters

v.

The Babcock & Wilcox Company and B
& W Nuclear Environmental Services,
Inc., and Atlantic Richfield Company.

Petition of Babcock & Wilcox Power
Generation Group, Inc. (f/k/a the Bab-
cock & Wilcox Company) and Bab-
cock & Wilcox Technical Services
Group, Inc. (f/k/a B & W Nuclear En-
vironmental Services, Inc.), and Atlan-
tic Richfield Company.

Supreme Court of Pennsylvania.

Jan. 24, 2014.

### ORDER

PER CURIAM.

AND NOW, this 24th day of January
2014, the Petition for Allowance of Appeal
is **GRANTED LIMITED TO** the issue set
forth below. Allocatur is **DENIED** as to
all remaining issues. The issue, as stated
by petitioner is:

(1) Does a policy holder forfeit its right
to insurance coverage by settling an
underlying and covered claim with-
out its insurer's consent, where the
insurer is defending subject to a res-
ervation of rights to disclaim cover-
age, the settlement is at arm's
length, is fair and is reasonable, and
the insurer has failed to offer any
amounts in settlement?